In re ST. LOUIS CAN COMPANY, Debtor.

No. 10166.

Circuit Court of Appeals, Eighth Circuit.

Oct. 24, 1934.

On petition for allowance for appeal.

T. M. Pierce and Samuel H. Liberman, both of St. Louis, Mo., for St. Louis Can Co.

Williams, Nelson & English, Nagel, Kirby, Orrick & Shepley, Degen & Kramer, Irvin H. Gamble, and Fred J. West, all of St. Louis, Mo., for respondents.

PER CURIAM.

Petition of St. Louis Can Company for appeal from United States District Court, Eastern District of Missouri, denied.